■ In the Matter of JAMES MCCULLAR et al., Appellants, v DANIEL W. JOY, as Commissioner of the Department of Housing Preservation and Development, Office of Rent and Housing Maintenance, Rent Control Division, et al., Respondents. — Judgment, Supreme Court, New York County (Arnold Fraiman, J.), entered on May 4, 1983, unanimously affirmed for the reasons stated by Arnold Fraiman, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Carro, Silverman, Bloom and Fein, JJ.

■ LINCOLN ELECTRIC PRODUCTS CO., INC., Appellant, v BURMAR ELECTRICAL CORPORATION, Defendant, and SEABOARD SURETY COMPANY, Respondent. COMMUNICATIONS ALARM SECURITY EQUIPMENT, INC., Appellant, v BURMAR ELECTRICAL CORPORATION, Defendant, and SEABOARD SURETY COMPANY, Respondent. — Order, Supreme Court, New York County (Wright, J.), entered on August 15, 1983, unanimously modified so as to grant consolidation as set forth in the stipulation dated February 28, 1984 and otherwise affirmed, without costs and without disbursements, and the appeal from the order entered on November 1, 1983 is hereby adjourned to the June, 1984 Term. No opinion. Concur — Murphy, P. J., Carro, Silverman, Bloom and Fein, JJ.

■ In the Matter of PATRICK R. SANTOLI, Appellant, v ROBERT J. MCGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Arnold Fraiman, J.), entered on March 21, 1983, unanimously affirmed for the reasons stated by Arnold Fraiman, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Sullivan, Carro, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD E. WALKER, Appellant. — Judgment, Supreme Court, New York County (Michael Dontzin, J.), rendered on December 14, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro, Bloom and Fein, JJ.

■ In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Respondent, and LAWRENCE WALSH, Appellant. In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Respondent, and EUGENE TOBIN et al., Appellants. — Order, Supreme Court, New York County (Edward Lehner, J.), entered on February 18, 1983, unanimously affirmed for the reasons stated by Edward Lehner, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Ross, Milonas, Kassal and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD COOK, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 24, 1981, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Milonas, Kassal and Alexander, JJ.